FILED
CLERK, U.S. DISTRICT COURT

DEC - 7 2016

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. NICHOLAS TARANGO, Defendant. | Case No. 16-2382M<br><br>ORDER OF DETENTION |

I.

On December 6, 2016, Defendant made his initial appearance on the Indictment filed in the United States District Court for the District of Southern California is case no. 16CR2735 LAB. The Court conducted a detention hearing.

☐ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered the report and recommendation of the U.S. Pretrial Services Agency.

IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

☒ Insufficient bail resources

☒ Travel to Mexico

☒ Pending Failure to Appear – DMV matter

As to danger to the community:

☒ Loaded Firearm found in residence at the time of arrest

☒ Defendant is on bond in a pending matter involving drug violation

☒ Indictment alleges that Defendant attempted to transport over $450,000 in U.S. Currency from the United States to Mexico in violation of currency reporting requirements.

V.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with any court proceeding. [18 U.S.C. § 3142(i)]

Dated: December 7, 2016        /s/
                        ALKA SAGAR
                        UNITED STATES MAGISTRATE JUDGE